IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-13-FL-8

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| ZOE FELL, | ) | |
| Defendant. | ) | |

This matter comes before the court on defendant's *pro se* motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3553, and motion for hearing. (DE 271, 272). Defendant was sentenced on January 10, 2013, to a term of imprisonment of 18 months. The sentence was not appealed. Defendant now moves the court for a reduction of her sentence due to good behavior and exceptional rehabilitation in prison. Although such behavior during incarceration is encouraged, the court is without jurisdiction to consider a motion for reduction of sentence on such grounds where the judgment now is final. See United States v. Goodwyn, 596 F.3d 233, 235 (4th Cir. 2010). Accordingly, defendant's motion for modification or reduction is DENIED, and defendant's motion for hearing is DENIED.

SO ORDERED, this the 8th day of January, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge